AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*Three Cell Phones: an Orange iPhone 17, a Black/Teal Motorola Smartphone, and a Silver Motorola Razor Flip Phone, Currently Located at 125 West 15th Street, Tulsa, Oklahoma 74119* | Case No. 26-MJ-268-JFJ<br><br>**FILED UNDER SEAL** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Oklahoma *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 4/13/26 *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jodi F. Jayne.
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):

☐ for ______ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of ______________.

Date and time issued: 3/30/26, 3:30pm

*Judge's signature*

City and state: Tulsa, Oklahoma

Jodi F. Jayne, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-268-SFJ | 03/31/2026 @ 1003 | N/A |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:
Electronic data

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/25/2026

*Executing officer's signature*

Jonah Roop, SA

*Printed name and title*

# ATTACHMENT A

## Property to be Searched

The property to be searched consists of three cell phones: an Orange iPhone 17, a Black/Teal Motorola Smartphone, and a Silver Motorola Razor Flip Phone (the "Devices"). The Devices currently located at 125 West 15th Street, Tulsa, Oklahoma 74119, within the Northern District of Oklahoma, and pictured below:





This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the Devices described in Attachment A that relate to violations of Title 18 U.S.C. §§ 922(g)(5) and 924(a)(8) – Person Illegally in the United States in Possession of a Firearm and Ammunition, Title 18 U.S.C. §§ 922(o) – Possession of a Machinegun, and Title 18 U.S.C. §§ 933 – Firearms Trafficking Conspiracy, by **Andres** Avila Pineda **Anthony** Avila. **Andres** Avila Jr., and Ranferi Manriquez, from January 1, 2025 to the present, including:

a. Communication involving buying and selling firearms;

b. Lists of customers and related identifying information;

c. Types, amounts, and prices of firearms trafficked as well as dates, places, and amounts of specific transactions;

d. Any information related to sources of firearms (including names, addresses, phone numbers, or any other identifying information);

e. Any information recording **Andres** Avila Pineda's, **Anthony** Avila's, **Andres** Avila Jr.'s, and/or Ranferi Manriquez's schedules or travel from January 1, 2025, to the present;

f. All bank records, checks, credit card bills, account information, and other financial records.

g. Evidence of user attribution showing who used or owned the Device(s) at the time the things described in this warrant were created, edited, or

deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.